UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Anna Haney
                                  Plaintiff,

v.                                                      Case No.: 1:12−cv−02729
                                                          Honorable Rebecca R. Pallmeyer

Lockheed Martin Corporation, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 4/27/2012 at 09:00 AM, courtroom 2119. Mailed notice(etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.