# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Anna Haney

                                  Plaintiff,

v.                                                    Case No.: 1:12–cv–02729
                                                      Honorable Sheila M. Finnegan

Lockheed Martin Corporation, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 10, 2012:

        MINUTE entry before Honorable Sheila Finnegan: Telephonic status hearing held on 10/10/2012 and continued to 10/24/2012 at 9:30 a.m. The parties report on the status of the settlement documents. The status hearing will be cancelled if a stipulation to dismiss is filed prior to the hearing. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.