Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sheila Finnegan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 2729 | **DATE** | 11/19/2012 |
| **CASE TITLE** | Anna Haney vs. The Boeing Company, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiffs' Unopposed Motion to Seal [65] is granted. Plaintiffs' Petition to Approve Settlement and Distribution in Wrongful Death Action may be filed under seal.

■ [ For further detail see separate order(s).]

Mailed notice.

| | Courtroom Deputy Initials: | IS |
|---|---|---|