**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA HANEY, as Personal Representative of the Estate of JEFFREY HANEY, deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:12-cv-02729 |
| THE BOEING COMPANY, a corporation; LOCKHEED MARTIN CORPORATION; HONEYWELL INTERNATIONAL, Inc., a corporation; and PRATT & WHITNEY, a division of UNITED TECHNOLOGIES CORPORATION, | § § § § § § § | Magistrate Judge Sheila Finnegan |
| Defendants. | § | |

## ORDER

Upon consideration of Defendants' Joint Unopposed Motion to Delete Sealed Documents from the Court's ECF System, the Court HEREBY ORDERS that Defendants' Joint Motion is GRANTED. The Clerk of the United States District Court, Northern District of Illinois, Eastern Division, is HEREBY ORDERED and directed to delete from the Court's ECF System Document Nos. 48 and 49, which were electronically filed under seal pursuant to the Court's Order of May 30, 2012, and which contain sealed Exhibits A, D, E, F, G, H, I, J, K, M, N, O, P, and Q to the Supplemental Declaration of John E. Paquet in Support of Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand.

By the Court this _____ day of November, 2012.

_____
Magistrate Judge Sheila Finnegan